IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:20-CV-00020-D

| | |
|---|---|
| LARRY SQUIRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER TO HOLD IN ABEYANCE |
| | ) |
| DEPARTMENT OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

For good cause shown upon the Government's motion to hold this case in abeyance, it is hereby ORDERED that this matter be placed in abeyance pending issuance of the mandate by the Fourth Circuit Court of Appeals in <u>Larry Squires v. Merit Systems Protection Board; United States Department of Navy</u>, No. 19-1969 (4th Cir. 2019). Upon issuance of the mandate, Defendant shall have thirty days to file a motion to consolidate the related cases or otherwise respond to Plaintiff's complaint as appropriate.

So ORDERED, this 17 day of January, 2021.

James C. Dever III
United States District Judge