IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:20-cv-00020-D

| | | |
|---|---|---|
| LARRY SQUIRES, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER OF CONSOLIDATION |
| | ) | |
| DEPARTMENT OF THE NAVY, | ) | |
| | ) | |
|     Defendant. | ) | |

This matter comes before the Court on Defendant's motion to consolidate this case with another action pending before this Court, <u>Larry Squires v. Merit Systems Protection Board, et al.</u>, Case No. 4:19-CV-005-D, into one civil action.

For good cause shown, Defendant's' motion to consolidate is GRANTED and it is hereby ORDERED that this matter be consolidated into <u>Larry Squires v. Merit Systems Protection Board, et al.</u>, Case No. 4:19-CV-005-D, for any further proceeding.

SO ORDERED. This __1__ day of ~~February~~ March, 2022.

                                                  JAMES C. DEVER III
                                                United States District Judge